AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Federal Deposit Insurance Corporation
                  Plaintiff (s),
V.
Pacific Mortgage Consultants, Inc.
                  Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:15-CV-02236-SBA

Notice is hereby given that, subject to approval by the court, __Pacific Mortgage Consultants, Inc.__ substitutes
(Party (s) Name)

__Joshua A. Rosenthal__, State Bar No. __190284__ as counsel of record in
(Name of New Attorney)

place of __Jonathan Seigel__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name: Medlin & Hargrave, P.C.
   Address: 3562 Round Barn Circle Ste. 212
   Telephone: (707) 570-2200    Facsimile (707) 570-2201
   E-Mail (Optional): jrosenthal@mhlawcorp.com

I consent to the above substitution.
Date: 12-18-15

_Michael O'Reilly President_
(Signature of Party (s))

I consent to being substituted.
Date: 12/28/15

_Jonathan Seigel / Seigel Law Group, LLP_
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12-21-15

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 01/04/2016       _Saundra B. Armstrong_
                                                             Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]