CASE NO.: 4:15-cv-02236-SBA

**[PROPOSED] ORDER**

The Court hereby orders that the Settlement Conference currently set for June ~~14~~ 24, 2016 before Magistrate Judge Kandis A. Westmore be adjourned and taken off calendar.

IT IS SO ORDERED.

Dated: 06/15/16

*/s/ Kandis Westmore*

KANDIS A. WESTMORE
United States Magistrate Judge